NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LAMAR MENDELL WINSTEAD,              )
                                     )
          Appellant,                 )
                                     )
v.                                   )     Case No. 2D17-358
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____)

Opinion filed February 14, 2018.

Appeal from the Circuit Court for
Hillsborough County; Kimberly Fernandez,
Judge.

Howard L. Dimmig, II, Public Defender, and
Joanna Beth Conner, Assistant Public
Defender, Bartow, for Appellant.

PER CURIAM.

          Affirmed.

NORTHCUTT, KELLY, and SALARIO, JJ., Concur.